Blake H. Call
Call, Hanson and Kell, P.C.
413 G Street
Anchorage, AK 99501-2126

Phone:     (907) 258-8864
Fax:         (907) 258-8865
E-Mail:  bhc@chklaw.net

Attorneys for
Teachers Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FELISHA L. LASHLEY,

       Plaintiff,

vs.

HORACE MANN TEACHERS
INSURANCE, INC.,

       Defendant.

Case No.:  3:12-cv-00197-RRB

## MOTION FOR PARTIAL SUMMARY JUDGMENT RE NO  DUTY TO ARBITRATE AND ADVANCE PAY

      COMES NOW the Defendant TEACHERS INSURANCE COMPANY, incorrectly named HORACE MANN TEACHERS INSURANCE, INC., in the caption, by and through counsel, Call, Hanson and Kell, P.C. and pursuant to Civil Rule 56 of the Federal Rules of Civil Procedure, moves this court for partial summary judgment on plaintiff's bad faith claims for breach of the alleged duty to arbitrate and breach of duty to advance payment of a settlement offer.

MOTION FOR PARTIAL SUMMARY JUDGMENT RE NO  DUTY TO ARBITRATE
*Lashley v. Horace Mann Teachers Insurance, Inc.*, 3:12-cv-00197-RRB
Page 1 of 2

CALL, HANSON & KELL, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

CALL, HANSON & KELL, P.C.
Attorneys for Teachers Insurance
Company

Dated: January 23, 2013        By:    s/Blake H. Call
                                      Blake H. Call
                                      413 G Street
                                      Anchorage, AK 99501-2126
                                      Phone: (907) 258-8864
                                      Fax: (907) 258-8865
                                      E-mail: bhc@chklaw.net
                                      ABA No.: 8911051

**CERTIFICATE OF SERVICE**
I certify that on this 23rd day of
January, 2013, a true and correct
copy of the foregoing document,
and attachments if any, were
served electronically upon the
following counsel of record:

Herman G. Walker, Jr.
Limon & Walker
606 E. Street, Suite 203
Anchorage, AK 99501

  s/Blake H. Call

MOTION FOR PARTIAL SUMMARY JUDGMENT RE NO DUTY TO ARBITRATE
*Lashley v. Horace Mann Teachers Insurance, Inc.*, 3:12-cv-00197-RRB
Page 2 of 2

Case 3:12-cv-00197-RRB   Document 17   Filed 01/23/13   Page 2 of 2

**CALL, HANSON & KELL, P.C.**
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865