Herman G. Walker, Jr.
LIMÓN & WALKER, LLC
606 E Street, Suite 203
Anchorage, Alaska 99501
Ph: (907) 279-2889
Fax: (907) 258-4428
hermanjr@limonwalker.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELISHA L. LASHLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HORACE MANN TEACHERS | ) |
| INSURANCE, INC., | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:12-CV-00197-RRB |
| _____ | ) |

**STIPULATION TO DISMISS ACTION**

COMES NOW the parties, Felisha Lashley and Horace Mann Teachers Insurance Inc., by and through their counsels of record and hereby stipulates to dismiss this cause of action. The parties have resolved this case and agreed to a settlement. Counsel for Horace Mann agrees to the dismissal on behalf of Horace Mann.

DATED this 14th day of May 2013.

By: /s/ Herman G. Walker, Jr.
Attorney for Plaintiff
606 E Street, Suite 203
Anchorage, Alaska 99501
hermanjr@limonwalker.com
Phone: (907) 279-2889
ABA#9311094

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _____, 2013 a true and correct copy of this document and the attachments were served electronically upon the follow counsel of record

Blake H. Call
Call, Hanson, & Kell
413 G Street
Anchorage, AK 99501
bhc@ckhlaw.net

/s/ Herman G. Walker    05/14/13

_____
STIPULATION TO DISMISS ACTION
*Felisha L. Lashley v. Horace Mann, Teachers Insurance,* Case No. 3:12-CV-00197-RRB
Page 2 of 2